# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANETH NOR, et al., | Case No. 2:25-cv-02841-SSC |
| Plaintiffs, | |
| v. | JUDGMENT |
| KIKA SCOTT, et al., | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith, **IT IS ORDERED** that Judgment is entered dismissing the action without leave to amend but without prejudice.

DATED: February 20, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE